IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DANNY GUERRERA,**

      **Plaintiff,**

vs.                                                       **No. CV 09-654 LFG**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

      **Defendant.**

## ORDER GRANTING UNOPPOSED MOTION TO DISMISS

THIS MATTER having come before the Court upon the Plaintiff's Unopposed Motion to Dismiss [Doc. 15], Defendant having no objection and the Court being fully advised, FINDS that the Motion is well-taken.

IT IS THEREFORE ordered that the Plaintiff's Motion to Dismiss [Doc. 15] is hereby granted, and Plaintiff's Complaint, be, and hereby is, dismissed without prejudice.

                                                          */s/ Lorenzo F. Garcia*
                                                          Lorenzo F. Garcia
                                                          United States Magistrate Judge

SUBMITTED BY:

 s/ Francesca J. MacDowell
Francesca J. MacDowell
Attorney for Plaintiff


 Approved by:
Manuel Lucero
Attorney for Defendant